**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS  NV  89101
Ph:  (702) 444-4392
Fax:  (702) 444-4455
Email: josh@richardharrislaw.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security Administration<br><br>Defendants. | Case No.  2:17-cv-02741-RFB-PAL<br><br><br>**FIRST STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND** |

Comes now Plaintiff, by and through his attorney, RICHARD HARRIS, ESQ., and requests a five (5) business day extension of time, to file the **MOTION TO FOR REMAND,** up to and including March 15, 2018.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is March 8, 2018.

The Appellate Attorney Writer is experiencing a power outage which started on March 8, 2018, necessitating this extension.

Via email, opposing counsel agreed to the Request and has no objection to the extension.

/ / /

/ / /

It is therefore respectfully requested that Plaintiff be granted a five (5) business day extension of time to file the **MOTION FOR REMAND** up to and including March 15, 2018.

DATED this 8th day of March, 2018.  DATED this 8th day of March, 2018.

/s/ *Joshua Harris*  /s/ *Michael Kramer Marriott*
**JOSHUA HARRIS, ESQ.**  (As authorized via email 03/08/18)
Nevada State Bar No. 9580  **MICHAEL KRAMER MARRIOTT, ESQ.**
RICHARD HARRIS LAW FIRM  Social Security Administration
801 S FOURTH ST.  160 Spear St., Ste 800
LAS VEGAS  NV  89101  San Francisco, CA 94105
Ph:  (702) 444-4392  415-977-8985
Fax:  (702) 444-4455  Fax: 415-744-0134
Email: josh@richardharrislaw.com  Email: michael.marriott@ssa.gov
Attorney for Plaintiff  Attorney for Defendant

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: March 8, 2018